UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | |
| | ) | Docket No. 20-CR-40021-MRG |
| RAHIM SHAFA, et al. | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S SECOND EXHIBIT LIST

The United States of America hereby notifies the defendant that it may introduce the following exhibits in its case-in-chief. The government reserves its right to supplement this list, and to introduce any exhibits needed for cross-examination, impeachment, and/or rebuttal.

| Exhibit No. | Description |
|---|---|
| | |
| | **Summary Financial Charts** |
| 1 | Summary Financial Charts |
| 1.1 | GARLAND Summary Chart I |
| 1.2 | GARLAND Summary Chart II |
| 1.3 | GARLAND Summary Chart III |
| 1.4 | GARLAND Summary Chart IV |
| | |
| | **Shipments Records - Counts 2-4, 6-9** |
| 2 | **June 2016 Shipment (Counts 2, 6, 9)** |
| 2.1 | June 2016 DHL records of shipments from 1212 Ltd to Rahim Shafa |
| 2.2 | June 2016 Credit Card Statement |
| 2.3 | June 2016 Email Comms |
| 2.4 | June 2016 Email Comms |
| 2.5 | June 2016 Invoice for drugs purchased by Rahim Shafa from Wayne Moran |
| 3 | **November 2017 Shipment (Counts 3, 7)** |
| 3.1 | November 2017 DHL records of shipments from 1212 Ltd to Rahim Shafa |
| 3.2 | November 2017 Credit Card Statement |

| | |
|---|---|
| 3.3 | November 2017 Email Comms |
| 3.4 | November 2017 Invoice for drugs purchased by Rahim Shafa from Wayne Moran |
| 3.5 | November 2017 Commercial Invoice for Plastic Beads, Tubes, and Glass Bottles |
| 4 | **January 2018 Shipment (Counts 4, 8)** |
| 4.1 | January 2018 DHL records of shipments from 1212 Ltd to Rahim Shafa |
| 4.2 | January 2018 Credit Card Statement |
| 4.3 | January 2018 Email Comms [1] |
| 4.4 | January 2018 Email Comms [2] |
| 4.5 | January 2018 Email Comms [3] |
| 4.6 | January 2018 Invoice for drugs purchased by Rahim Shafa from Wayne Moran |
| | |
| | **Shipment Records** |
| 10 | **April 2013 Shipment** |
| 10.1 | April 2013 FedEx records of shipments from 1212 Ltd to Rahim Shafa |
| 10.2 | April 2013 Credit Card Statements |
| 10.3 | April 2013 Email Comms |
| 10.4 | April 2013 Invoice for drugs purchased by Rahim Shafa from Wayne Moran |
| 11 | **April 2014 Shipment** |
| 11.1 | April 2014 DHL records of shipments from 1212 Ltd to Rahim Shafa |
| 11.2 | April 2014 Credit Card Statements |
| 11.3 | April 2014 Email Comms |
| 11.4 | April 2014 Invoice for drugs purchased by Rahim Shafa from Wayne Moran |
| 12 | **August 2017 Export** |

| | |
|---|---|
| 12.1 | August 2017 DHL records of shipments from 1212 Ltd to Rahim Shafa |
| 12.2 | August 2017 Email Comms Content Package |
| 12.3 | August 2017 Email Comms Declaration Discussion |
| 12.4 | August 2017 Email Comms Receipt for drugs purchased by Rahim Shafa from Wayne Moran |
| | |
| | **Medical Records from Novel Psychopharmacology and Rahim Shafa, MD PC** |
| 20 | **J.R. -- 10.30.12 Implant** |
| 20.1 | Implant Packaging/Label |
| 20.2 | Receipt for Payment |
| 20.3 | Medical Record |
| 21 | **I.A. -- 02.01.13 Implant** |
| 21.1 | Implant Packaging/Label |
| 21.2 | Receipt for Payment |
| 21.3 | Medical Record |
| 21.4 | Pre-Surgery Paperwork |
| 22 | **BR – 08.30.13 Implant** |
| 22.1 | Receipt for Payment |
| 22.2 | Medical Record |
| 22.3 | Pre-Surgery Paperwork |
| 23 | **MM -- 06.25.14 Implant** |
| 23.1 | Implant Packaging/Label |
| 23.2 | Receipt for Payment |
| 23.3 | Medical Record |
| 23.4 | Pre-Surgery Paperwork |
| 24 | **D.I. -- Patient File** |
| 24.1 | Photo of Implant #1 |
| 24.2 | Photo of Implant #2 |
| 25 | **M.M. -- 06.17.15 Implant** |
| 25.1 | Implant Packaging/Label |
| 25.2 | Receipt for Payment |
| 25.3 | Medical Record |
| 25.4 | Pre-Surgery Paperwork |
| 26 | **RB - Excerpt from Patient File** |
| 26.1 | RB – June 20, 2015 Payment Agreement |
| 26.2 | RB – June 20, 2015 Consent Form |
| | **RB – 12.14.17 Implant** |
| 26.3 | Implant Packaging/Label |
| 26.4 | Receipt for Payment |
| 26.5 | Medical Record |

| | |
|---|---|
| 26.6 | Pre-Surgery Paperwork |
| 27 | **S.M. -- 06.17.16 Implant** |
| 27.1 | Receipt for Payment |
| 27.2 | Pre-Surgery Paperwork |
| 28 | **W.C. - 7.11.17 Implant** |
| 28.1 | Implant Packaging/Label |
| 28.2 | Receipt for Payment |
| 28.3 | Medical Record |
| 28.4 | Pre-Surgery Paperwork |
| 29 | **JP – 07.07.18 Implant** |
| 29.1 | Implant Packaging/Label |
| 29.2 | Receipt for Payment |
| 29.3 | Medical Record |
| 29.4 | Pre-Surgery Paperwork |
| 30 | **K.P. -- 10.20.18 Implant** |
| 30.1 | Implant Packaging/Label |
| 30.2 | Receipt for Payment |
| 30.3 | Medical Record |
| 30.4 | Pre-Surgery Paperwork |
| 31 | **J.S. -- 1.31.19 Implant** |
| 31.1 | Implant Packaging/Label |
| 31.2 | Receipt for Payment |
| 31.3 | Medical Record |
| 31.4 | Pre-Surgery Paperwork |
| 32 | **C.R. -- Patient File** |
| 33 | **K.T. -- Patient File** |
| | |
| | **Search Warrant Records from Shafa Residence and Novel Psychopharmacology Locations** |
| 40 | SHAFA Schedules - 7/2016 - 12/2016 |
| 42 | SHAFA Schedules - 7/2017 - 12/2017 |
| 43 | SHAFA Schedules - 1/2018 - 6/2018 |
| 44 | SHAFA Schedules - 7/2018 - 12/2018 |
| 45 | Office Visit Coding |
| 46 | Naltrexone and disulfiram pellet implant and injectable packaging and contents |
| 47 | Implant Ledger Notebook |
| | |
| | **Financial Records** |
| 51 | Cambridge Savings Bank Records for Account ending -0857; held by Nahid Tormosi and Rahim Shafa |
| 51.1 | 2019 Statements |

| | |
|---|---|
| 51.2 | 2019 Withdrawals |
| 51.3 | 2019 Deposits |
| 51.4 | Supporting Documents |
| 51.5 | Statements |
| 52 | Cambridge Savings Bank Records for Account ending -0592; held by Nahid Tormosi and Rahim Shafa |
| 52.1 | 2019 Statements |
| 52.2 | 2019 Withdrawals |
| 52.3 | 2019 Deposits |
| 52.4 | Statements |
| 52.5 | Misc |
| 53 | Cambridge Savings Bank Records for Account ending -0600; held by Nahid Tormosi and Rahim Shafa |
| 53.1 | 2019 Statements |
| 53.2 | 2019 Withdrawals |
| 53.3 | 2019 Deposits |
| 53.4 | Statements |
| 53.5 | Misc |
| 54 | Cambridge Savings Bank Records for Account ending -2800; held by Nahid Tormosi |
| 54.1 | 2019 Statements |
| 54.2 | 2019 Withdrawals |
| 54.3 | 2019 Deposits |
| 54.4 | 2019 Signature Card |
| 54.5 | Statements |
| 54.6 | Misc |
| 55 | Cambridge Savings Bank Records for Account ending -4782; held by Nahid Tormosi and Rahim Shafa |
| 55.1 | 2019 Statements |
| 55.2 | 2019 Withdrawals |
| 55.3 | 2019 Signature Card |
| 55.4 | Statements |
| 55.5 | Misc |
| 56 | Cambridge Savings Bank Records for Account ending -4912; held by Nahid Tormosi d/b/a Metro and Greater Boston CNS |
| 56.1 | Statements |
| 56.2 | Misc |
| 57 | Cambridge Savings Bank Records for Account ending -3209; held by Nahid Tormosi d/b/a Novel Psychopharmacy Care |
| 57.1 | Statements |
| 57.2 | Misc |

| | |
|---|---|
| 58 | Bank of America Records for Mastercard ending -4939; held by Nahid Tormosi and Rahim Shafa |
| 59 | Citibank Records for Visa credit card ending -8756; held by Nahid Tormosi |
| | |
| | **Recordings** |
| 65.1 | October 2018 UC Visit Video 1 |
| 65.2 | October 2018 UC Visit Video 2 |
| 65.3 | October 2018 UC Visit Video 3 |
| 65.4 | October 2018 UC Visit Video 4 |
| 65.5 | October 2018 UC Visit Video 5 |
| 65.6 | October 2018 UC Visit Video 6 |
| 65.7 | October 2018 UC Visit Video 7 |
| 65.8 | October 2018 UC Visit Video 8 |
| 65.9 | October 2018 UC Visit Video 9 |
| 65.10 | October 2018 UC Visit Video 10 |
| 65.11 | October 2018 UC Visit Video 11 |
| 65.12 | October 2018 UC Visit Video 12 |
| 65.13 | October 2018 UC Visit Video 13 |
| 65.14 | October 2018 UC Visit Video 14 |
| 65.15 | Transcript |
| 66 | ____, 2018 Wayne Moran-Rahim Shafa Recorded Call |
| 66.1 | Recording |
| 66.2 | Transcript |
| 67 | March 29, 2019 Recorded Call |
| 67.1 | x1500  2019-03-29_13-09-50_EDT |
| 67.2 | x6868  2019-03-29_13-11-26_EDT |
| 67.3 | x6868  2019-03-29_15-12-56_EDT |
| 67.4 | x6868  2019-03-29_15-17-58_EDT |
| 67.5 | x6868  2019-04-05_15-49-08_EDT |
| 67.6 | x6868  2019-04-05_16-13-31_EDT |
| 67.7 | x6868  2019-04-06_14-37-57_EDT |
| 67.8 | x8599  2019-03-29_13-14-14_EDT |
| 67.9 | x8599  2019-03-29_13-42-14_EDT |
| 67.10 | x8599  2019-03-29_14-20-47_EDT |
| 67.11 | x8599  2019-04-02_14-39-49_EDT |
| 67.12 | x8599  2019-04-05_16-17-36_EDT |
| 67.13 | Transcript |
| 68 | June 2019 Recorded Interview of Rahim Shafa |
| 68.1 | Recording |
| 68.2 | Transcript |
| | |

| | **Emails** |
|---|---|
| 70 | Jun. 22, 2009 Email to Shafa re "Invoices" |
| 71 | Jan. 21, 2011 Shafa-Moran Emails re "6 mos pellet" |
| 71.1 | Jul. 25, 2010 Shafa-Moran Emails re "Visit to USA and Implants order." |
| 71.2 | Jun. 29, 2010 Shafa-Moran Emails re "Address in San Antonio." |
| 72 | Jun. 10-30, 2013 Shafa-Moran Emails re "ORDERING IMPLANTS & REPORT REGARDING THE 2 DEFECTED PELLETTES" |
| 72.1 | Jun. 30, 2013 Shafa-Moran Email re "2 early relapses in USA" |
| 72.2 | Mar. 2, 2009 Shafa-Moran Email re "Failed pellets actual" |
| 73 | Mar. 30-31, 2014 Moran-Shafa Emails re "questions regarding the implant/long acting injection" |
| 73.1 | Oct. 25, 2017 Moran Emails re "Rahim's returns" |
| 73.2 | Nov. 12, 2017 Moran Emails re "Rahim Shaffa returns" |
| 74 | Apr. 11 2014 Moran-Shafa Emails re "Invoice 20140031" |
| 75 | Nov. 16, 2014 to Feb. 28, 2015 Shafa-Moran Emails re "New products and New discount system" |
| 76 | Mar. 1, 2015 Email fr. Shafa re "20140000Invoice1411" |
| 77 | Mar. 4, 2015 Email fr. Shafa re "20140000Invoice1411 (revised & final order March 04, 2015)" |
| 78 | Mar. 24 to Apr. 27, 2016 Shafa-Moran Emails re "Australian 6 months naltrexone implant" |
| 79 | Sep. 19, 2017 to Oct. 23, 2017 Shafa-Moran Emails re "replacement implants" |
| 80 | Feb. 13, 2017 Email fr. Faria re "CPT info requested" |
| | |
| | **Travel Records** |
| 90 | Customs Border Crossings |
| 91 | Explanation of Airport Codes |
| 92 | American Airlines Records |
| 93 | United Airlines Records |
| | |
| | **Center for Medicare & Medicaid Services Records** |
| 95 | Rahim Shafa Medicare Enrollment Application |
| 96 | Rahim Shafa MD PC Medicare Enrollment Application |
| 97 | Rahim Shafa – Medicare Provider Enrollment, Chain, and Ownership System Report |
| 98 | Rahim Shafa, MD PC – Medicare Provider Enrollment, Chain, and Ownership System Report |
| 99 | Medicare Program Integrity Manual Ch. 4, Sec. 4.2.1 |
| 100 | Medicare Claims Processing Manual, Chapter 12, Section 100 |
| 100.1 | Version Effective 6/1/2011 |
| 100.2 | Version Effective 1/1/2018 |

| | |
|---|---|
| 100.3 | Version Effective 1/1/2019 |
| 101 | CMS Medicare Learning Network – Evaluation and Management Services |
| 102 | Medicare Local Coverage Determination L33632 – Psychiatry and Psychology Services |
| 102.1 | Version Effective 10/1/15 |
| 102.2 | Version Effective 10/1/16 |
| 102.3 | Version Effective 1/1/17 |
| 102.4 | Version Effective 8/1/17 |
| 102.5 | Version Effective 10/1/17 |
| 102.6 | Version Effective 10/1/2018 |
| 103 | Medicare Part B Claims Data for Rahim Shafa |
| 104 | Medicare Part C Claims Data for Rahim Shafa |
| | |
| | **Summary Charts** |
| 110 | Summary Chart - Rahim Shafa Medicare Enrollment |
| 111 | Summary Charts - Rahim Shafa Medicare Part B Claims Data |
| 112 | Summary Charts – Rahim Shafa Medicare Part B Claims by Procedure Code |
| 113 | Summary Charts - Medicare Requirements for Evaluation and Management Services |
| 114 | Summary Charts – Fee Schedules for Psychotherapy and Evaluation & Management Services |
| 115 | Summary Charts – Medicare Part B Claims Billed by Rahim Shafa for Specific Beneficiaries |
| 116 | Summary Charts – Medicare Part B Claims Billed by Rahim Shafa for Nursing Home Visits |
| 117 | Summary Charts – Medicare Part B Claims for Rahim Shafa During Specific Time Periods |
| | |
| | **Other Records** |
| 125 | Letter from Victory Programs regarding Patient KT |
| 126 | Milford Regional Med Center Records for Patient KT |
| 127 | Contract between Marraffa & Associates and Rahim Shafa |
| 128 | Luann Lombardo License Verification |

                Respectfully submitted,

                JOSHUA S. LEVY
                Acting United States Attorney

By:    */s/ John T. Mulcahy*
                Howard Locker
                John T. Mulcahy
                Kaitlin J. Brown
                Assistant United States Attorneys
                (617) 748-3638


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By:    */s/ Kaitlin Brown*
                Kaitlin Brown
                Assistant United States Attorney


Date: January 23, 2024