Entered
2/9/24
@
3:25pm
mc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | Docket No. 20-CR-40021-MRG |
| RAHIM SHAFA and ) | |
| NAHID TORMOSI SHAFA ) | |
| ) | |
| Defendants. ) | |

## VERDICT FORM AS TO RAHIM SHAFA

**FINAL VERSION**

## COUNT ONE

As to Count One, Conspiracy to Commit International Money Laundering:

We, the Jury, find the Defendant, Rahim Shafa:

√ Not Guilty

__ Guilty

So Say We All, this 9th day of February, 2024

Foreperson: _[signature]_

## COUNT TWO

As to Count Two, International Money Laundering, and/or Aiding and Abetting the same:

We, the Jury, find the Defendant, Rahim Shafa:

__ Not Guilty

√ Guilty

So Say We All, this 9th day of February, 2024

Foreperson: _Lisa Snow_

3

## COUNT THREE

As to Count Three, International Money Laundering, and/or Aiding and Abetting the same:

We, the Jury, find the Defendant, Rahim Shafa:

___ Not Guilty

_✓_ Guilty

So Say We All, this 9th day of February, 2024

Foreperson: _____

## COUNT FOUR

As to Count Four, International Money Laundering, and/or Aiding and Abetting the same:

We, the Jury, find the Defendant, Rahim Shafa:

    __ Not Guilty

    ✓ Guilty

So Say We All, this 9th day of February, 2024

Foreperson: *[signature]*

## COUNT FIVE

As to Count Five, Conspiracy to Defraud the United States:

We, the Jury, find the Defendant, Rahim Shafa:

✓ Not Guilty

___ Guilty

So Say We All, this 9th day of February, 2024

Foreperson: _[signature]_

## COUNT SIX

As to Count Six, Knowingly Importing Merchandise Contrary to Law, and/or Aiding and Abetting the same:

We, the Jury, find the Defendant, Rahim Shafa:

    __ Not Guilty

    ✓ Guilty

As to Count Six, Receiving, concealing, buying, selling, or facilitating the transportation, concealment, or sale of unlawfully imported merchandise, and/or Aiding and Abetting the same:

We, the Jury, find the Defendant, Rahim Shafa:

    __ Not Guilty

    ✓ Guilty

So Say We All, this 9th day of February, 2024

Foreperson: _Terri Snow_

7

## COUNT SEVEN

As to Count Seven Knowingly Importing Merchandise Contrary to Law, and/or Aiding and Abetting the same:

We, the Jury, find the Defendant, Rahim Shafa:

    __ Not Guilty

    ✓ Guilty

As to Count Seven, Receiving, concealing, buying, selling, or facilitating the transportation, concealment, or sale of unlawfully imported merchandise, and/or Aiding and Abetting the same:

We, the Jury, find the Defendant, Rahim Shafa:

    __ Not Guilty

    ✓ Guilty

So Say We All, this 9th day of February, 2024

Foreperson: _[signature]_

## COUNT EIGHT

As to Count Eight Knowingly Importing Merchandise Contrary to Law, and/or Aiding and Abetting the same:

We, the Jury, find the Defendant, Rahim Shafa:

    __ Not Guilty

    √ Guilty

As to Count Eight, Receiving, concealing, buying, selling, or facilitating the transportation, concealment, or sale of unlawfully imported merchandise, and/or Aiding and Abetting the same:

We, the Jury, find the Defendant, Rahim Shafa:

    __ Not Guilty

    √ Guilty

So Say We All, this 9th day of February 2024

Foreperson: _[signature]_

## COUNT NINE

As to Count Nine, Receipt and Delivery of a Misbranded Drug:

We, the Jury, find the Defendant, Rahim Shafa:

    ___ Not Guilty

    ✓ Guilty

If guilty (above): We, the jury, unanimously find the defendant, Rahim Shafa, acted

___without___ (with/~~without~~) the intent to defraud.

So Say We All, this 9th day of February, 2024

Foreperson: _[signature]_

## COUNT TEN

As to Count Ten, Conspiracy to Commit Health Care Fraud:

We, the Jury, find the Defendant, Rahim Shafa:

✓ Not Guilty

__ Guilty

So Say We All, this 9th day of February, 2024

Foreperson: _____